# United States Court of Appeals
# for the Fifth Circuit

—————————

No. 23-50601
Summary Calendar

—————————

United States Court of Appeals
Fifth Circuit

**FILED**

February 19, 2025

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Jacob Thomas Mireles,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:22-CR-301-1

_____

Before Jolly, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Jacob Thomas Mireles pleaded guilty to possessing a firearm after a felony conviction, in violation of 18 U.S.C. § 922(g)(1). On appeal, he argues that, in light of *New York State Rifle & Pistol Ass'n, Inc. v. Bruen*, 597 U.S. 1 (2022), § 922(g)(1) violates the Second Amendment on its face and as applied to him.

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-50601

Regarding Mireles's facial challenge, a panel of this court recently rejected another preserved Second Amendment challenge to § 922(g)(1), concluding that the statute is facially constitutional. *United States v. Diaz*, 116 F.4th 458, 471-72 (5th Cir. 2024). As a result, this argument is foreclosed. *See United States v. Medina-Cantu*, 113 F.4th 537, 539 (5th Cir. 2024).

Our decision in *Diaz* also resolves Mireles's argument that § 922(g)(1) is unconstitutional as applied to a felon like him with a vehicle theft conviction. *See Diaz*, 116 F.4th at 471.

AFFIRMED.